UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFRED SPOONER and FAIR HOUSING JUSTICE CENTER, INC.,

          Plaintiffs,

v.

GOLDFARB PROPERTIES, INC.; DEEGAN TWO COMPANY; CEDAR TWO COMPANY, LLC.

          Defendants.

___ Civ. _____ ( )

**Rule 7.1 Disclosure Statement**

---

### FAIR HOUSING JUSTICE CENTER, INC., FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Fair Housing Justice Center, Inc. discloses that it has no parent corporation and no publicly-held corporation holds more than 10% of its stock.

Dated: New York, New York
       February 21, 2018

                           EMERY CELLI BRINCKERHOFF & ABADY LLP

                           By: _/s/ Diane L. Houk_____
                           Diane L. Houk
                           David Berman
                           600 Fifth Avenue, 10th Floor
                           New York, New York 10020
                           Phone: (212) 763-5000
                           Fax: (212) 763-5000

                           *Attorneys for Plaintiffs*