UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
ALFRED SPOONER and FAIR HOUSING :
JUSTICE CENTER, INC., :
:
:
Plaintiffs, :
:
-v- :
:
GOLDFARB PROPERTIES, INC., DEEGAN :
TWO COMPANY, and CEDAR TWO :
COMPANY, LLC, :
:
Defendants. :
:
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 9, 2018

18-cv-1564 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The **telephonic** status conference scheduled for July 9, 2018 at 11:30 a.m. is hereby rescheduled **to 4:00 p.m. the same day** (**7/9/2018**). The parties shall call Chambers (212-805-0276) from one line at that time.

SO ORDERED.

Dated:   New York, New York
         July 9, 2018

_____
KATHERINE B. FORREST
United States District Judge