UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

ALFRED SPOONER and FAIR HOUSING JUSTICE CENTER, INC.,

                                           Plaintiffs,

                    -v-

GOLDFARB PROPERTIES, INC., DEEGAN TWO COMPANY, and CEDAR TWO COMPANY, LLC,

                                           Defendants.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 9, 2018

18-cv-1564 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

       On Monday, July 9, 2018, the Court held a telephonic status conference in the above-captioned matter. As reflected in the transcript, the Court denied defendants' motion to dismiss the Amended Complaint.

       The parties are directed to file a status update (as a joint letter on the docket) **not later than September 14, 2018**. Any requests for extensions of the schedule should be made at that time.

       The Clerk of Court is directed to close the open motion at ECF No. 37.

       SO ORDERED.

Dated:     New York, New York
              July 9, 2018

                                                  _____
                                                   KATHERINE B. FORREST
                                                  United States District Judge