```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 5/2/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFRED SPOONER and FAIR HOUSING
JUSTICE CENTER, INC.,

                      Plaintiffs,

       v.

GOLDFARB PROPERTIES, INC.; DEEGAN
TWO COMPANY; CEDAR TWO COMPANY,
LLC.

                      Defendants.

---

Index No. 18-cv-1564

**STIPULATION AND ORDER FOR DISMISSAL OF SPOONER CLAIMS ONLY**

WHEREAS, Plaintiffs and Defendant, through their undersigned counsel, stipulate and agree as follows:

1. All claims by Plaintiff Alfred Spooner as alleged in the Amended Complaint filed June 4, 2018 are hereby dismissed with prejudice.

2. A facsimile or scanned copy of this stipulation will be considered the same as an original and may be filed with the court electronically or by facsimile transmission.

3. The claims of Plaintiff Fair Housing Justice Center are not dismissed by this stipulation and order, and the case will remain open under the caption: *Fair Housing Justice Center, Inc. v. Goldfarb Properties, Inc.; Deegan Two Company; Cedar Two Company, LLC.*

Dated: April 30, 2019
        New York, New York

*[signature page to follow]*

EMERY CELLI BRINCKERHOFF & ABADY LLP

By: _____
Diane L. Houk
David Berman
Michele Yankson
600 Fifth Avenue, 10th Floor
New York, New York 10020

*Attorneys for Plaintiff Alfred Spooner*

MOSES & SINGER LLP

By: _____
Robert S. Wolf
David Rabinowitz
405 Lexington Avenue, 12th Floor
New York, NY 10174

*Attorneys for Defendants*

> The Clerk of the Court is respectfully directed to update the case caption as follows: *Fair Housing Justice Center, Inc. v. Goldfarb Properties, Inc., et al.,*

It is so ORDERED this __2nd__ day of _____May_____ 2019.

_____
HON. EDGARDO RAMOS
United States District Court Judge