UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIR HOUSING JUSTICE CENTER, INC., <br><br> Plaintiff, <br><br> –v– <br><br> GOLDFARB PROPERTIES, INC., *et al.*, <br><br> Defendants. | **ORDER** <br><br> 18 Civ. 1564 (ER) |

Ramos, D.J.:

On February 7, 2022, a bench trial commenced in this action. The next day, trial was adjourned. Accordingly, the bench trial is scheduled to continue on Thursday, October 27, 2022 at 9:30 a.m. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.

It is SO ORDERED.

Dated: September 22, 2022
      New York, New York

                                                          Edgardo Ramos, U.S.D.J.