**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.,
       Plaintiff,

 -against-

PELICAN MANAGEMENT, INC., FORDHAM      18 **CIVIL** 1564 (ER)(OTW)
ONE COMPANY, LLC, and CEDAR TWO
COMPANY, LLC,                **JUDGMENT**
       Defendants.
-------------------------------------------------------------------X
PELICAN MANAGEMENT, INC., FORDHAM
ONE COMPANY, LLC, and CEDAR TWO
COMPANY, LLC,
       Counterclaimants,

 -against-

FAIR HOUSING JUSTICE CENTER, INC.,
       Counterclaim-Defendant.
-------------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2023, the Court finds for the FHJC on each of its claims under the FHA and NYCHRL. The Court also finds that the 2019 Policy is not lawful, but only as to the partial subsidy requirements. The Court awards FHJC $240,540 in compensatory damages and $750,000 in punitive damages. Accordingly, the case is closed.

**Dated:** New York, New York
    September 29, 2023

                      **RUBY J. KRAJICK**
                       **Clerk of Court**

             **BY:**
                _____
                  **Deputy Clerk**