UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE
CENTER,

              Plaintiff,

– against –

PELICAN MANAGEMENT, INC.;
FORDHAM ONE COMPANY, LLC;
CEDAR TWO COMPANY, LLC.,

              Defendants.

**ORDER**

18-cv-01564 (ER)

Ramos, D.J.:

      The parties stipulated that plaintiff's motion for attorney's fees and costs would be filed no later than November 10, 2023. Given the federal holiday on that date, the plaintiff's motion is now due on November 13, 2023. The plaintiff's deadline to respond to the motion to approve the supersedeas bond is also extended from November 10, 2023 to November 13, 2023.

SO ORDERED.

Dated:    November 6, 2023
             New York, New York

                                                                       EDGARDO RAMOS, U.S.D.J.