# EXHIBIT 2

## ECBAWM Fees Incurred (as of November 9, 2023)

| Timekeeper Summary | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **TOTAL** |
| David Berman | 1189.1 | $550.00 | $654,005.00 |
| David Berman No Charge Entries | 20.9 | $0.00 | $0.00 |
| Diane Houk | 796 | $725.00 | $577,100.00 |
| Diane Houk No Charge Entries | 9.7 | $0.00 | $0.00 |
| Sonya Levitova | 42 | $475.00 | $19,950.00 |
| Michele Yankson (Associate) | 37.9 | $550.00 | $20,845.00 |
| Michele Yankson No Charge Entries | 0.5 | $0.00 | $0.00 |
| Marissa Benavides (Associate) | 4 | $525.00 | $2,100.00 |
| Attorneys (combined, < 3 hours each) No Charge | 16.2 | $0.00 | $0.00 |
| Paralegals (combined) | 461.6 | $225.00 | $103,860.00 |
| Paralegals (combined) No Charge | 6.5 | $0.00 | $0.00 |
| Summer Associates 50% Off Time from 74.8 Hours | 37.4 | $260.00 | $9,724.00 |
| Summer Associates No Charge Entries | 4.5 | $0.00 | $0.00 |
| **TOTAL** | **2626.3** | | **$1,387,584.00** |
| **50% Discount on Travel** | | | **$14,087.50** |
| **Discount of Diane Houk Fees for Expert Discovery** | | | **$9,880.50** |
| **TOTAL AFTER DISCOUNT** | | | **$1,363,616.00** |