UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC.,

        Plaintiff,

v.

PELICAN MANAGEMENT, INC.; FORDHAM ONE COMPANY, LLC; and CEDAR TWO COMPANY, LLC.

        Defendants.

1:18-cv-01564 (ER)(OTW)

**STIPULATION AND PROPOSED ORDER EXTENDING MOTION SCHEDULE**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants:

1. The time for Defendants to file their opposition papers, if any, to Plaintiff's motion for attorneys' fees and costs is extended from December 8 to December 15, 2023.

2. The time for Plaintiff to file its reply papers, if any, in further support of Plaintiff's motion for attorneys' fees and costs is extended from December 22, 2023, to January 5, 2024.

A facsimile or scanned copy of this stipulation will be considered the same as an original and may be filed with the Court electronically or by facsimile transmission.

1

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | MOSES & SINGER LLP |
| By: /s/ Sonya Levitova<br>Diane L. Houk<br>David Berman<br>Sonya Levitova<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>*Attorneys for Plaintiff* | By: [signature]<br>David Rabinowitz<br>Robert S. Wolf<br>405 Lexington Avenue, 12th Floor<br>New York, NY 10174<br>*Attorneys for Defendants* |

It is so ORDERED this _____ day of _____ 2023.

_____
HON. EDGARDO RAMOS
United States District Court Judge

2