# Reply Exhibit 2

**ECBAWM Fees Incurred (from November 10, 2023, to January 4, 2024)**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Diane Houk | 15.0 | $725.00 | $10,875.00 |
| Sonya Levitova | 33.9 | $475.00 | $16,102.50 |
| Attorneys (Combined) No Charge | 1.7 | $0.00 | $0.00 |
| **TOTAL** | **50.60** | | **$26,977.50** |

**ECBAWM Fees and Costs Incurred (total)**

| Total Fees Incurred | |
|---|---|
| Beginning of Litigation to November 9, 2023 | $1,363,616.00 |
| From November 10, 2023, to January 4, 2023 | $26,977.50 |
| SUBTOTAL | **$1,390,593.50** |
| **Total Costs Incurred** | |
| Beginning of Litigation to November 13, 2023 | $40,128.22 |
| From November 14, 2023, to January 4, 2024 (Westlaw) | $1,208.70 |
| SUBTOTAL | **$41,336.92** |
| **TOTAL** | **$1,431,930.42** |