# Exhibit 3

## ECBAWM Fees Incurred
### (from January 5, 2024, to March 3, 2025 on fees; from October 10, 2023, to March 3, 2025 on the appeal)

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| David Berman | 3.2 | $550.00 | $1,760.00 |
| Diane Houk | 81.7 | $725.00 | $59,232.50 |
| Diane Houk No Charge Entries | 1.6 | $0.00 | $0.00 |
| Sarah Mac Dougall (Associate) | 3.4 | $525.00 | $1,785.00 |
| Samuel Shapiro (Partner) | 3.5 | $700.00 | $2,450.00 |
| Sonya Levitova | 163.1 | $475.00 | $77,472.50 |
| Paralegals (combined) | 23.5 | $225.00 | $5,287.50 |
| Attorneys (combined, < 3 hours each) No Charge | 5.2 | $0.00 | $0.00 |
| **TOTAL** | **278.8** | | **$147,987.50** |
| **50% Discount on Travel** | | | **$2,870.00** |
| **TOTAL AFTER DISCOUNT** | | | **$145,117.50** |

## ECBAWM Fees and Costs Incurred (total)

| **Total Fees Incurred** | |
|---|---|
| Beginning of Litigation to November 9, 2023 | $1,363,616.00 |
| From November 10, 2023, to January 4, 2024 on fees | $26,977.50 |
| From January 5, 2024, to February 25, 2025 on fees; from October 10, 2023, to February 25, 2025 on the appeal | $145,117.50 |
| SUBTOTAL | **$1,535,711.00** |
| **Total Costs Incurred** | |
| Beginning of Litigation to November 13, 2023 | $40,128.22 |
| From November 14, 2023, to January 4, 2024 (Westlaw) | $1,208.70 |
| From January 5, 2024, to February 25, 2025 | $5,238.69 |
| SUBTOTAL | **$46,575.61** |
| **TOTAL** | **$1,582,286.61** |