# EXHIBIT I

# Clerical and Clerical Partial - 2025 update

**CLERICAL AND CLERICAL PARTIAL**

| ENTRY DATE | HOURS | AMOUNT | TIMEKEEPER | CODE(s) | DESCRIPTION | Objection |
|---|---|---|---|---|---|---|
| 05/01/2018 | 0.20 | $110.00 | David Berman | BW | Phone call with court regarding: briefing schedule. | Clerical |
| 10/23/2018 | 4.40 | $990.00 | Grace Gill | BW | Preparing deposition exhibits for tomorrow. | Clerical |
| 10/24/2018 | 2.30 | $517.50 | Grace Gill | BW | Printing exhibits and puttin them into folders for deposition on Thursday. | Clerical |
| 10/25/2018 | 0.70 | $157.50 | Grace Gill | BW | Adding depo exhibits to index, scanning saving them to WD and putting them into binder. | Clerical |
| 10/25/2018 | 4.00 | $2,200.00 | Michele Yankson | BW | Attend deposition of Michael Tavarez (3.6); meeting w/ D. Berman + D. Houk (0.4). | Clerical |
| 11/06/2018 | 2.80 | $630.00 | Grace Gill | BW | Scanning in and saving documents to the system. | Clerical |
| 11/07/2018 | 2.60 | $585.00 | Grace Gill | BW | Saving and saving documents to the system. | Clerical |
| 11/13/2018 | 0.80 | $180.00 | Grace Gill | BW | Delivering docs to opp-counsel. | Clerical |
| 11/15/2018 | 0.50 | $112.50 | Grace Gill | BW | Creating spreadsheet for Tenant Files. | Clerical |
| 11/19/2018 | 1.30 | $292.50 | Grace Gill | BW | Pulling info from scanned docs into chart. | Clerical |
| 11/20/2018 | 1.00 | $225.00 | Grace Gill | BW | Pulling info from scanned docs to compile them into a chart. | Clerical |
| 11/20/2018 | 0.30 | $217.50 | Diane Houk | BW | Confer with Grace Gill regarding data fields, applicationis and new schedule (.30) | Clerical |
| 11/29/2018 | 0.30 | $165.00 | Michele Yankson | BW | Conference with DB about file review, emails (.30) | Clerical |
| 12/06/2018 | 1.60 | $360.00 | Grace Gill | BW | Plugging in scanned applications to the chart. | Clerical |
| 12/07/2018 | 1.00 | $225.00 | Grace Gill | BW | Going through scanned docs and adding them to chart. | Clerical |
| 12/20/2018 | 0.60 | $135.00 | Grace Gill | BW | Plugging scanned applications into spreadsheet. | Clerical |
| 12/21/2018 | 0.80 | $180.00 | Grace Gill | BW | Plugging scanned applications into spreadsheet. | Clerical |
| 01/03/2019 | 2.40 | $540.00 | Grace Gill | BW | Plugging in scanned applications to chart. | Clerical |
| 01/04/2019 | 3.50 | $787.50 | Grace Gill | BW | Finishing putting in applicants to applicant chart. | Clerical |
| 01/08/2019 | 1.20 | $270.00 | Grace Gill | BW | Meeting to discuss chart, steps moving foiward. and settlement conference (0.6); creating chart and going through data (0.6). | Clerical |
| 01/09/2019 | 1.90 | $427.50 | Grace Gill | BW | Creating chart for Diane and meeting with David to go over chart. | Clerical |
| 01/11/2019 | 0.30 | $67.50 | Grace Gill | BW | Working on chart of applicants. | Clerical |
| 05/03/2019 | 0.20 | $145.00 | Diane Houk | BW | Revise expert retainer letter (.20) | Clerical |
| 05/03/2019 | 0.50 | $275.00 | David Berman | BW | Inputting D. Houk edits to J. Steil retainer letter and conferring with D. Houk regarding: same (.3); email with J. Steil regarding: same (.2). | Clerical |
| 05/13/2019 | 0.50 | $112.50 | Julia A. Kaplan | BW | Prepared production per D. Berman. | Clerical |
| 06/06/2019 | 4.10 | $922.50 | Grace Gill | BW | Preparing exhibits for D. Berman and meeting with Diane and David. | Clerical |
| 06/07/2019 | 2.30 | $517.50 | Grace Gill | BW | Compiling deposition exhibits and saving exhibits from previous deposition. | Clerical |
| 06/10/2019 | 4.70 | $1,057.50 | Grace Gill | BW | Preparing exhibits, recompiling previously marked exhibits, and going through all the applications to find ones filed inbetween Oct 2018 and June 2019. | Clerical |
| 06/11/2019 | 0.40 | $90.00 | Julia A. Kaplan | BW | Prepared documents for deposition. | Clerical |
| 06/12/2019 | 1.60 | $360.00 | Grace Gill | BW | Saving exhibits. | Clerical |
| 06/12/2019 | 1.00 | $225.00 | Jocelyn Rodriguez | BW | Collecting documents for an upcoming deposition. | Clerical |
| 06/12/2019 | 1.00 | $225.00 | Jocelyn Rodriguez | BW | Transcribed phone call from Tester. 8/17/17 | Clerical |
| 06/13/2019 | 1.70 | $382.50 | Grace Gill | BW | Creating exhibits for Diane, saving exhibits from deposition and updating exhibit index. | Clerical |
| 06/17/2019 | 0.80 | $180.00 | Grace Gill | BW | Compiling exhibits for deposition. | Clerical |
| 06/18/2019 | 1.10 | $247.50 | Grace Gill | BW | Updating exhibits from new deposition. | Clerical |
| 07/07/2019 | 0.50 | $362.50 | Diane Houk | BW | Review Berman email and attachments with weekly schedule (.20); Draft email regarding (.30) | Clerical |
| 07/11/2019 | 2.00 | $1,100.00 | David Berman | BW | Drafting cover letter to J. Steil regarding: ■■■■■BSBB (-5); coordinating uploaoin^^^ aoucmentMo^^teiltodropboxC2), phone call with J. Steil (-3); follow up emails with J. Stei^n^^^oul^^^ | Clerical |
| 07/25/2019 | 2.00 | $450.00 | Grace Gill | BW | Finalizing production of exhibits. | Clerical |
| 07/30/2019 | 2.70 | $607.50 | Nathan File | BW | Sorting housing applications. | Clerical |
| 07/30/2019 | 2.40 | $540.00 | Grace Gill | BW | Organizing qualification calculators with tenant applications. | Clerical |
| 07/31/2019 | 2.80 | $630.00 | Nathan File | BW | Sorting scanned applications. | Clerical |
| 07/31/2019 | 3.00 | $675.00 | Grace Gill | BW | Organizing qualification calculators with tenant applications. | Clerical |
| 08/05/2019 | 3.10 | $697.50 | Grace Gill | BW | Sorting and combining applications into their respective applicant folders. | Clerical |
| 08/13/2019 | 1.80 | $405.00 | Grace Gill | BW | Reformatting . | Clerical |
| 08/14/2019 | 2.20 | $495.00 | Grace Gill | BW | Finalizing formatting | Clerical |
| 08/20/2019 | 1.40 | $315.00 | Grace Gill | BW | Making a binder of all marked exhibits. | Clerical |
| 09/26/2019 | 1.00 | $225.00 | Grace Gill | BW | Compiling production and bates stamping. | Clerical |

| Date | Hours | Amount | Person | Code | Description | Category |
|---|---|---|---|---|---|---|
| 10/07/2019 | 0.10 | $55.00 | David Berman | BW | Email with D. Edwards regarding: transcript of pre-motion conference. | Clerical |
| 10/11/2019 | 0.10 | $55.00 | David Berman | BW | p and filing for 10/15. | Clerical |
| 11/27/2019 | 0.20 | $110.00 | David Berman | BW | Coordinating expedtied transcript of P. White deposition. | Clerical |
| 12/02/2019 | 0.10 | $55.00 | David Berman | BW | Emailing Defs' expert deposition transcript to opposing counsel. | Clerical |
| 02/13/2020 | 0.10 | $55.00 | David Berman | BW | Emails with fact witness C. Bowman regarding: rescheduling meeting. | Clerical |
| 02/28/2020 | 3.90 | $877.50 | Kathryn Ravey | BW | Transcribing Goldfarb Audio Recordings | Clerical |
| 03/02/2020 | 4.90 | $1,102.50 | Kathryn Ravey | BW | Transcribe Goldfarb Audio recordings. | Clerical |
| 03/03/2020 | 1.40 | $315.00 | Kathryn Ravey | BW | Transcribe Goldfarb recordings. | Clerical |
| 03/04/2020 | 0.30 | $67.50 | Kathryn Ravey | BW | Schedule meetings with testers. | Clerical |
| 03/05/2020 | 0.10 | $22.50 | Jocelyn Rodriguez | BW | Sending D. Berman cover sheets template. | Clerical |
| 03/11/2020 | 3.60 | $810.00 | Kathryn Ravey | BW | Complete and edit tester transcript. | Clerical |
| 03/12/2020 | 5.00 | $1,125.00 | Kathan Ravey | BW | Meeting with Inga Ballard; exhibit; reviewing transcript edits with Inga and Diane; scanning in meeting documents. | Clerical |
| 03/13/2020 | 0.40 | $90.00 | Kathryn Ravey | BW | Edit and save meeting documents onto WD. | Clerical |
| 03/15/2020 | 0.60 | $135.00 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 03/17/2020 | 1.70 | $382.50 | Kathryn Ravey | BW | Make edits and finalize transcript/Affidavit with Inga Ballard. | Clerical |
| 03/20/2020 | 1.10 | $247.50 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 03/24/2020 | 0.10 | $55.00 | David Berman | BW | Coordinating 3/25 meeting with^^^^^^^|. | Clerical |
| 03/24/2020 | 1.10 | $247.50 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 03/25/2020 | 1.10 | $247.50 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 03/26/2020 | 2.00 | $450.00 | Kathryn Ravey | BW | Transcribe teseter audio. | Clerical |
| 03/27/2020 | 1.40 | $315.00 | Kathryn Ravey | BW | Transcribe Tester audio. | Clerical |
| 04/02/2020 | 1.30 | $292.50 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 04/03/2020 | 2.60 | $585.00 | Eman Merghani | BW | Transcribe fester recordings. | Clerical |
| 04/06/2020 | 1.20 | $270.00 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 04/08/2020 | 1.20 | $270.00 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 04/10/2020 | 1.40 | $315.00 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 04/13/2020 | 1.40 | $315.00 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 04/17/2020 | 1.00 | $225.00 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 04/18/2020 | 1.20 | $270.00 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 04/21/2020 | 1.00 | $225.00 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 04/22/2020 | 1.00 | $225.00 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 04/26/2020 | 1.20 | $270.00 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 04/27/2020 | 1.10 | $247.50 | Eman Merghani | BW | Transcribe tester recordings. | Clerical |
| 08/14/2020 | 0.10 | $55.00 | David Berman | BW | Email with D. Houk regarding: meeting with opposing counsel. | Clerical |
| 11/11/2020 | 4.20 | $945.00 | Alexander Gonzalez-Torres | BW | Calls and emails with K Ravey about creating numerous exhibits for deposition. Worked to create them on Acrobat using a number of resources since we are not in the office to sticker exhibits. | Clerical |
| 11/11/2020 | 1.20 | $270.00 | Kathryn Ravey | BW | Prepare exhibits and place into WD project folder. | Clerical |
| 12/07/2020 | 0.20 | $110.00 | David Berman | BW | Email to opposing counsel regarding: scheduling. | Clerical |
| 12/10/2020 | 0.10 | $55.00 | David Berman | BW | Email with opposing counsel regarding: case schedue. | Clerical |
| 12/18/2020 | 0.10 | $55.00 | David Berman | BW | Email to opposing counsel regarding: case schedule | Clerical |
| 12/22/2020 | 0.10 | $55.00 | David Berman | BW | Email to opposing counsel regarding: court schedule. | Clerical |
| 04/19/2021 | 5.40 | $1,215.00 | Kathryn Ravey | BW | Review documents against missing document list; Rename files from production. | Clerical |
| 04/20/2021 | 2.70 | $607.50 | Kathan Ravey | BW | Review documents against missing document list; g | Clerical |
| 04/21/2021 | 4.20 | $945.00 | Kathryn Ravey | BW | Review documents against missing document list; Rename files from production. | Clerical |
| 04/22/2021 | 5.60 | $1,260.00 | Kathryn Ravey | BW | Review documents against missing document list; Rename files from production. | Clerical |
| 04/23/2021 | 1.60 | $360.00 | Alexander Gonzalez-Torres | BW | Call with K Ravey regarding           and (.3); worked on the review per K. Ravey (1.3). | Clerical |
| 04/27/2021 | 2.10 | $472.50 | Kathryn Ravey | BW | Prepare exhibits for depositions and share with Diane. | Clerical |
| 05/07/2021 | 3.50 | $787.50 | Kathryn Ravey | BW | Communicate with team regarding spreadsheet status; review . | Clerical |
| 06/03/2021 | 0.10 | $22.50 | Kathryn Ravey | BW | Save spreadsheet onto WD. | Clerical |
| 06/14/2021 | 0.70 | $157.50 | Jocelyn Rodriguez | BW | Preparing exhibits for deposition (.60); Reaching out to Dymond and Kathryn regarding status of tester transcripts (.10) | Clerical |
| 06/15/2021 | 2.30 | $517.50 | Jocelyn Rodriguez | BW | Looking for documents per D. Houk (2.00); Call with Kathryn for a case update (.30). | Clerical |
| 06/24/2021 | 0.50 | $112.50 | Jocelyn Rodriguez | BW | Searching           contact info.^^| | Clerical |
| 06/29/2021 | 5.70 | $1,282.50 | Jocelyn Rodriguez | BW | Revising chart. | Clerical |

| Date | Hours | Amount | Person | Matter | Description | Category |
|---|---|---|---|---|---|---|
| 06/30/2021 | 6.90 | $1,552.50 | Jocelyn Rodriguez | BW | Revising chart. | Clerical |
| 09/22/2021 | 0.90 | $202.50 | Jocelyn Rodriguez | BW | Finalizing transcripts. | Clerical |
| 09/28/2021 | 1.80 | $405.00 | Jocelyn Rodriguez | BW | Edited transcripts. | Clerical |
| 10/01/2021 | 3.00 | $675.00 | Jocelyn Rodriguez | BW | Edited transcripts. Transcribed Lisa's audio recordings. | Clerical |
| 10/04/2021 | 1.50 | $337.50 | Jocelyn Rodriguez | BW | Edited transcripts and transcribing Lisa Darden's audio recordings. | Clerical |
| 10/14/2021 | 3.50 | $787.50 | Jocelyn Rodriguez | BW | Transcribing Lisa Darden's tester audio recordings. | Clerical |
| 10/15/2021 | 2.50 | $562.50 | Jocelyn Rodriguez | BW | Transcribing LD's tester audio recordings (2.30); (.20). Emails with D. Houk. | Clerical |
| 10/21/2021 | 0.40 | $290.00 | Diane Houk | BW | Read^^^^^l and           (.40) Transcribed audio recordings. | Clerical |
| 10/26/2021 | 3.90 | $877.50 | Jocelyn Rodriguez | BW | Transcribing audio recordings. | Clerical |
| 10/27/2021 | 0.60 | $135.00 | Jocelyn Rodriguez | BW | Corresponding with D. Berman re Transcript progress and when to meet with Lisa (.10); Transcribed audio recordings (.50). | Clerical |
| 10/28/2021 | 2.40 | $540.00 | Jocelyn Rodriguez | BW | Transcribed audio recording. | Clerical |
| 10/29/2021 | 2.20 | $495.00 | Jocelyn Rodriguez | BW | Transcribing audio recording. | Clerical |
| 11/02/2021 | 3.90 | $877.50 | Jocelyn Rodriguez | BW | Finished transcribing audio recordings. | Clerical |
| 11/03/2021 | 0.10 | $55.00 | David Berman | BW | Email with J. Rodriguez re: finalizing darden transcripts. | Clerical |
| 11/04/2021 | 0.20 | $45.00 | Jocelyn Rodriguez | BW | Reached out to Lisa Darden to arrange meeting time for tester transcript review. Created calendar invite for Lisa Darden transcript review. Asked Cathy to add Lisa to the guest list. | Clerical |
| 11/05/2021 | 0.20 | $45.00 | Jocelyn Rodriguez | BW | Reached out to Lisa and David to reschedule Lisa's tester transcript review. | Clerical |
| 11/08/2021 | 0.40 | $90.00 | Jocelyn Rodriguez | BW | Reviewing instructions for pre-trial prep and corresponding with David. Created chart of Plaintiff's trial exhibits. Updated the PL's marked deposition exhibit chart. | Clerical |
| 11/09/2021 | 2.50 | $562.50 | Jocelyn Rodriguez | BW | Prepared for meeting with Lisa Darden. Tester transcript review. Finalized transcripts. | Clerical |
| 11/10/2021 | 2.70 | $607.50 | Jocelyn Rodriguez | BW | Reviewing revised application chart. Reviewing applications and the calculator and updating the chart accordingly. Reached t°            - | Clerical |
| 11/11/2021 | 2.60 | $585.00 | Jocelyn Rodriguez | BW | Updated revised application chart. | Clerical |
| 11/12/2021 | 3.20 | $720.00 | Jocelyn Rodriguez | BW | Updated revised application chart. | Clerical |
| 11/15/2021 | 3.20 | $720.00 | Jocelyn Rodriguez | BW | Call with Diane. Saving and analyzing invoices. Completed in | Clerical |
| 11/16/2021 | 2.90 | $652.50 | Jocelyn Rodriguez | BW | Formatted maps for Steil's affidavit; Sent to Diane for review; Reviewed production and pulled trial exhibits; Corresponding with David regarding Kate Haggerty's tester audio recordings. | Clerical |
| 11/19/2021 | 4.30 | $967.50 | Jocelyn Rodriguez | BW | Finished transcribing audio recordings. | Clerical |
| 11/23/2021 | 4.20 | $945.00 | Jocelyn Rodriguez | BW | Putting together Pre-trial exhibits. Setup for tester transcript review. Tester transcript review with Kate. Updated transcripts. Compiled Kate Haggerty's affidavit and exhibits. | Clerical |
| 11/24/2021 | 0.30 | $67.50 | Jocelyn Rodriguez | BW | Added exhibit stickers to updated exhibits. Created new password protected link of pre-trial exhibits. | Clerical |
| 01/04/2022 | 0.20 | $45.00 | Jocelyn Rodriguez | BW | Pre-marked exhibits. | Clerical |
| 01/14/2022 | 0.10 | $22.50 | Jocelyn Rodriguez | BW | Corresponding with David regarding meeting for next week. | Clerical |
| 01/27/2022 | 4.50 | $1,012.50 | Jocelyn Rodriguez | BW | Reaching out to testers for addresses to send documents to. Pulling relevant documents to send to witnesses. Created zoom link for prep session. Meeting with Diane and David regarding trial prep. Reached out to Empire to coordinate binder making. Prepared JPT Exhibits in dispute to send to Empire. | Clerical |
| 01/28/2022 | 2.20 | $495.00 | Jocelyn Rodriguez | BW | Preparing Freiberg binder. Sending witnesses' prep documents. Corresponding with David and Diane regarding meeting with Deputy Law Clerk re technology for trial. Asking Cathy to add Shaye and Justin to visitor log. | Clerical |
| 01/31/2022 | 2.30 | $517.50 | Jocelyn Rodriguez | BW | Cite checked brief. Reached out to witnesses for proof of vaccination. | Clerical |
| 01/31/2022 | 0.50 | $112.50 | Jocelyn Rodriguez | BW | Prepared trial subpoenas. Corresponding with David and Diane regarding trial binders. | Clerical |
| 02/01/2022 | 5.90 | $1,327.50 | Jocelyn Rodriguez | BW | Adjusted trial exhibit binders per D. Houk and D. Berman. Printed and added defendants' exhibits to D. Houk's exhibits in dispute binder. Went to court D. Berman for A/V. Prepared and forwarded documents to witnesses for prep sessions. | Clerical |
| 02/02/2022 | 1.50 | $337.50 | Jocelyn Rodriguez | BW | Prepared exhibit, deposition and affidavit binders for trial. Reached out to a witness to serve subpoena. | Clerical |

| Date | Hours | Amount | Timekeeper | Rate | Description | Category |
|---|---|---|---|---|---|---|
| 02/08/2022 | 3.50 | $787.50 | Jocelyn Rodriguez | BW | Trial proceeding. Prepped exhibits and affidavits for tomorrow's cross examination (3.00); Contacting witnesses to inform them of new trial schedule. Corresponding with D. Berman and D. Houk regarding new trial schedule (.50). | Clerical |
| 02/09/2022 | 3.80 | $855.00 | Jocelyn Rodriguez | BW | Trial (2); Travel (1); Trial postponed, repacked exhibits and arranged for transport (.50); Reached out to witnesses to inform them of trial postponement. Updated exhibits admitted into evidence chart. Created trial exhibit 66 (.30) | Clerical |
| 02/10/2022 | 1.70 | $382.50 | Lyra Straley | BW | Transported trial binders back to office from courthouse - travel. | Clerical |
| 02/10/2022 | 2.00 | $450.00 | Jocelyn Rodriguez | BW | Travelled to SONY to pick up trial binders. | Clerical |
| 04/22/2022 | 0.10 | $22.50 | Jocelyn Rodriguez | BW | Corresponding with D. Houk regarding reaching out to witness before trial. | Clerical |
| 04/22/2022 | 0.40 | $290.00 | Diane Houk | BW | Draft emails to witnesses (.40) | Clerical |
| 05/03/2022 | 0.50 | $362.50 | Diane Houk | BW | Respond to court order re trial schedule (.50) | Clerical |
| 05/03/2022 | 0.20 | $110.00 | David Berman | BW | Emails with D. Houk & J. Steil re: rescheduling trial. | Clerical |
| 05/05/2022 | 0.10 | $55.00 | David Berman | BW | Emails with D. Houk re: rescheduling trial. | Clerical |
| 05/11/2022 | 0.20 | $110.00 | David Berman | BW | Emails with witnesses re: updated trial schedule. | Clerical |
| 05/17/2022 | 0.90 | $652.50 | vv | BW | Exchange emails and calls with witnesses re new trial | Clerical |
| 08/16/2022 | 0.30 | $165.00 | David Berman | BW | Emails to coordinate meetings with trial witnesses. | Clerical |
| 08/16/2022 | 0.10 | $22.50 | Jocelyn Rodriguez | BW | Corresponding with D. Berman and D. Houk regarding meeting fortrial prep. | Clerical |
| 08/30/2022 | 0.20 | $45.00 | Jocelyn Rodriguez | BW | Contacted witness for trial per D. Houk. | Clerical |
| 08/31/2022 | 0.10 | $22.50 | Jocelyn Rodriguez | BW | Sent calendar invite to D. Houk regarding trial prep session with Kiana Clanton. | Clerical |
| 09/12/2022 | 0.10 | $22.50 | Jocelyn Rodriguez | BW | Reached out to witnesses to inform them of trial postponement. | Clerical |
| 09/12/2022 | 0.10 | $55.00 | David Berman | BW | Phone call with opposing counsel re: trial scheduling. | Clerical |
| 09/13/2022 | 0.10 | $55.00 | David Berman | BW | Emails with D. Houk re: trial scheduling. | Clerical |
| 09/14/2022 | 0.10 | $55.00 | David Berman | BW | Emails re: trial schedule. | Clerical |
| 09/15/2022 | 0.10 | $22.50 | Jocelyn Rodriguez | BW | Call with witness regarding postponement of trial. | Clerical |
| 09/19/2022 | 0.10 | $22.50 | Jocelyn Rodriguez | BW | Call with witness to confirm cancellation of meeting this morning. | Clerical |
| 09/21/2022 | 0.20 | $145.00 | Diane Houk | BW | Exchange emails with Ballard re new dates (.20) | Clerical |
| 10/04/2022 | 0.30 | $67.50 | Jocelyn | BW | Contacted witness to confirm trial prep session time. Left a voicemail (.10); Call with witness. Corresponding | Clerical |
| 10/14/2022 | 0.60 | $135.00 | Jocelyn Rodriguez | BW | Prepared affidavit of service for service of subpoena for witness. Sent subpoena and witness fee via FedEx and email. | Clerical |
| 10/16/2022 | 0.10 | $55.00 | David Berman | BW | Emails re: planning meeting. | Clerical |
| 10/19/2022 | 0.40 | $90.00 | Jocelyn Rodriguez | BW | Linked zoom account to generate meeting for witness prep session. Sent out calendar invite. | Clerical |
| 10/21/2022 | 0.20 | $45.00 | Jocelyn Rodriguez | BW | Reached out to witness to inform her she will not have to testify at trial. | Clerical |
| 10/26/2022 | 5.40 | $1,215.00 | Jocelyn Rodriguez | BW | Trial prep. Prep sessions. Went down to courthouse to drop off materials for trial. | Clerical |
| 10/31/2022 | 0.40 | $90.00 | Jocelyn Rodriguez | BW | Saved trial transcripts to the system (.30); Corresponding with Empire regarding assistance with obtaining boxes fortrial (.10). | Clerical |
| 10/31/2022 | 0.10 | $55.00 | David Berman | BW | Emails re: timing for receipt of transcript. | Clerical |
| 11/01/2022 | 0.20 | $110.00 | David Berman | BW | Emails re: trial recap and coordinating pickup of boxes from courtroom. | Clerical |
| 11/01/2022 | 2.00 | $450.00 | Jocelyn Rodriguez | BW | Went down to the courthouse to pick up trial binder boxes. | Clerical |
| 11/04/2022 | 0.30 | $67.50 | Jocelyn Rodriguez | BW | Reviewing trial transcripts. | Clerical |
| 11/09/2022 | 0.50 | $112.50 | Jocelyn Rodriguez | BW | Updating the chart of exhibits admitted into evidence, following trial. | Clerical |
| 11/10/2022 | 1.60 | $360.00 | Jocelyn Rodriguez | BW | Updating chart of exhibits admitted into evidence. | Clerical |
| 11/16/2022 | 0.20 | $110.00 | David Berman | BW | Drafting letter requesting page limit enlargement. | Clerical |
| 11/28/2022 | 0.10 | $55.00 | David Berman | BW | Emails re: redactions of exhibits containing confidential information. | Clerical |
| 12/06/2022 | 0.20 | $45.00 | Jocelyn Rodriguez | BW | Reached out to SONY Court Reporters to determine if there's an error with the trial transcript from October 28, 2022. | Clerical |
| 12/13/2022 | 0.70 | $157.50 | Jocelyn Rodriguez | BW | Corresponding with D. Berman regarding post trial briefing. Call with D. Houk regarding defendants' trial exhibits. Scanning and saving defendants' trial exhibits to internal system. | Clerical |
| 12/15/2022 | 0.80 | $180.00 | Dymond Wells | BW | Goldfarb (121522) — post-trial brief (Plaintiffs/Counter Defendant Post-Trial MOL); corr. w/D. Berman & E.Chicas regarding same; finalize, file, etc | Clerical |
| 12/16/2022 | 0.40 | $220.00 | David Berman | BW | Drafting court letter re: transcript issue. | Clerical |
| 12/17/2022 | 0.10 | $55.00 | David Berman | BW | Finalizing letter to court re: transcript issue. | Clerical |

| ENTRY DATE | HOURS | AMOUNT | TIMEKEEPER | CODE(s) | DESCRIPTION | OBJECTION |
|---|---|---|---|---|---|---|
| 12/29/2022 | 1.00 | $725.00 | Diane Houk | BW | Sort trial files and exhibits to decide whether to shred v. save (1.00) | Clerical |
| 04/24/2023 | 0.10 | $55.00 | David Berman | BW | Emails with T. Shore re: case transtion. | Clerical |
| 10/18/2023 | 1.50 | $712.50 | Sonya Levitova | BW | Emails with ZS and SS re time entries (0.4); emails with TS re charts needed (0.7); meeting with DH re next steps for motion (0.1): emails with TS re invoices {0.3). | Clerical |
| 10/18/2023 | 0.30 | $217.50 | Diane Houk | BW | Review emails and discuss time entries with SL (.30) | Clerical |
| 10/26/2023 | 1.40 | $315.00 | Toby Shore | BW | preparing for pre-bill mtg w/ Sonya (1.4); | Clerical |
| 10/26/2023 | 2.50 | $1,187.50 | Sonya Levitova | BW | (0.4); reviewing pre-bill for inconsistencies and errors, annotating same (2.1). | Clerical |
| 10/27/2023 | 3.50 | $787.50 | Toby Shore | BW | Reviewing goldfarb time annotations from S. Levitova (0.3); call w/ S. Levitova re- prebill (0.4); pre-bill revisions project (2.8). | Clerical |
| 10/30/2023 | 0.50 | $112.50 | Toby Shore | BW | emails w/ Sonya re- prebill and cite-check (0.5); | Clerical |
| 10/30/2023 | 2.00 | $1,450.00 | Diane Houk | BW | Meet with SLevitova to review prebilll hours (2.0) | Clerical |
| 11/01/2023 | 0.50 | $112.50 | Toby Shore | BW | Following up re-outstanding invoices (0.5). | Clerical |
| 11/09/2023 | 2.00 | $450.00 | Toby Shore | BW | preparing exhibits for fee application filing (2); | Clerical |
| 11/1/2023 | 0.30 | $157.50 | Emily Wanger | BW | Assist with filing brief. | Clerical |
| 2/12/2024 | 0.30 | $142.50 | Sonya Levitova | BW | **Coordinating meetings and meetings with DLH (0.3)** | **Clerical** |
| 2/21/2024 | 0.20 | $95.00 | Sonya Levitova | BW | **Emailing expert re appellate work (0.2)** | **Clerical** |
| 2/23/2024 | 0.40 | $190.00 | Sonya Levitova | BW | **Collating and finding materials for (0.4)** | **Clerical** |
| 4/30/2024 | 3.40 | $1,785.00 | Sarah Mac Dougall | | **Substantive proof of 2d Cir. brief.** | **Clerical** |
| 5/22/2024 | 0.50 | $112.50 | Toby Shore | BW | **Scanned and uploaded appeal brief cover letter, placed in physical case file (0.5).** | **Clerical** |
| 10/9/2024 | 0.20 | $95.00 | Sonya Levitova | BW | **Finalize and coordinate hearing date notice filing (0.2)** | **Clerical** |
| 10/11/2024 | 0.20 | $95.00 | Sonya Levitova | BW | **Email with team re Second Circuit argument prep (0.2)** | **Clerical** |
| 10/15/2024 | 1.70 | $382.50 | Toby Shore | BW | **Prepared oral argument binders and sent to D. Houk via fed-ex (1.7).** | **Clerical** |
| 10/18/2024 | 1.60 | $760.00 | Sonya Levitova | BW | **Draft one-page on (1.3); coordinate moots for Second Circuit argument (0.3)** | **Clerical** |
| 10/23/2024 | 3.90 | $1,852.50 | Sonya Levitova | BW | **Confer with T. Shore throughout day re appellate record preparation and review (0.3); confer with V. Prasad re** | **Clerical** |
| 10/23/2024 | 3.00 | $675.00 | Toby Shore | BW | **Prepared combined PDFs of JA and SPA cites in appellate briefs for oral argument prep (3).** | **Clerical** |
| 11/6/2024 | 0.50 | $112.50 | Toby Shore | BW | **(1.7); coordinate with moot participants and attendees to provide materials (0.2)** | **Clerical** |
| 11/6/2024 | 0.50 | $112.50 | Toby Shore | BW | **Printed appendix excerpts for oral argument (0.5).** | **Clerical** |
| 11/7/2024 | 3.80 | $855.00 | Toby Shore | BW | **Attended and managed logistics for oral argument in 2nd Cir. (3.8).** | **Clerical** |

**CLERICAL PARTIAL**

| ENTRY DATE | HOURS | AMOUNT | TIMEKEEPER | CODE(s) | DESCRIPTION | OBJECTION |
|---|---|---|---|---|---|---|
| 02/18/2018 | 0.70 | $507.50 | Diane Houk | BW | Review revised complaint and draft email comments (.30); review and reply to email regarding: Spooner medical history(.30); Draft email to DEdwards regarding filing (.10) | Clerical Partial |
| 02/20/2018 | 1.10 | $797.50 | Diane Houk | BW | Review and revise comlaint and draft email to FHJC regarding same (.40); Review and revise civil cover sheet, summons, rule 7.1 and letter to Commission [a] meet with DBerman regarding filing steps (.30) | Clerical Partial |
| 05/09/2018 | 0.40 | $220.00 | David Berman | BW | Edits to discovery schedule and cover letter (.2); phone callwith opposing counsel regarding: same (.1); coordinating filing for letter and schedule (.1). | Clerical Partial |
| 01/02/2019 | 1.00 | $725.00 | Diane Houk | BW | Creating fields for applicant chart (0.9), meeting w/ D. Berman re-subm. (0.1). | Clerical Partial |
| 05/10/2019 | 2.10 | $1,155.00 | David Berman | BW | Inputting D. Houk and M. Yankson edits to mot. to compel and conferring with M. Yankson regarding: same (2); overseeing filing of same (.1). | Clerical Partial |
| 06/09/2019 | 4.30 | $2,365.00 | David Berman | BW | Inputting edits into T. Schaper and C. Miller depositions (1.5); conferring with D. Houk regarding: same (.8); preparing exhibits for T. Schaper deposition (1); reviewing documents for T. Schaper deposition and practicing questioning for same (1). | Clerical Partial |
| 06/10/2019 | 11.40 | $6,270.00 | David Berman | BW | Taking T. Schaper deposition (7); conferring with D. Houk regarding: same (.5); conferring with D. Houk regarding: strategy for Miller deposition (.5); editing C. Miller deposition outline (2); inputting D. Houk edits to same (.4); preparing exhibits for C. Miller deposition (1). | Clerical Partial |

| Date | Hours | Amount | Attorney | Initials | Description | Notes |
|---|---|---|---|---|---|---|
| 06/13/2019 | 6.20 | $3,410.00 | David Berman | BW | Reviewing exhibits for M. Goldfarb deposition (.5); second chairing M. Goldfarb deposition (3.5); conferring with D. Houk regarding: same (.5); reviewing outline and exhibits for P. Goldfarb deposition (1.2); drafting and editing discovery stipulation and overseeing filing of same (.3); locating bate stamped versions of exhibits used in M. Goldfarb deposition (.2). | Clerical Partial |
| 06/17/2019 | 2.30 | $1,265.00 | David Berman | BW | Reviewing documents for R. Dunn deposition (1); inputting D. Houk changes to R. Dunn deposition outline (.8); gathering exhibits for R. Dunn deposition (•5). | Clerical Partial |
| 12/11/2019 | 1.40 | $1,015.00 | Diane Houk | BW | Review to do list from Berman, ID witnesses and review scheduling options (.40); Review White 5 deposition preparatio outline (1.0) | Clerical Partial |
| 11/11/2020 | 4.80 | $2,640.00 | David Berman | BW | Reviewing documents for 30(b)(6) depositions (1); outlining for same and inputting D. Houk edits to outline (2.3); phonecall with D. Houk regarding: same (.7); overseeing exhibit preparation (.5); phone call with opposing counsel regarding: deposition logistics (-3). | Clerical Partial |
| 11/19/2021 | 3.60 | $1,980.00 | David Berman | BW | Phone call with D. Houk re: final edits to draft Steil affidavit (0.5); inputting edits to J. Steil affidavit (.8); phone call with opposing re: timing for production (.1); editing draft affidavit of F. Frieberg (1.2); Reviewing test files and finalizing exhibits for S. Belcon affidavit (1). | Clerical Partial |
| 12/15/2022 | 1.70 | $1,232.50 | Diane Houk | BW | e filings throughout day (1.0); Revise revised injunction (•70) | Clerical Partial |
| 10/27/2023 | 1.40 | $665.00 | Sonya Levitova | BW | Call with T. Shore re pre-bill corrections (0.3); emails with L. Perez and E. Aziz re pre-bill corrections (0.2); review of defendant motion to stay injunction pending appeal and email to D. Houk re same (0.6); confirming local rules for response deadline to motion (0.2); emails with E. Amare re saving filings (0.1). | Clerical Partial |
| 10/30/2023 | 1.20 | $570.00 | Sonya Levitova | BW | Email to opposing counsel re extension of fee motion schedule (0.2); editing proposed stipulation and emails with D. Houk re same (0.6); email to M. Wang re affidavit for fees motion (0.1); reviewing pre-bill corrections and emails with L. Perez and E. Aziz re same (0.3). | Clerical Partial |