UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER,

                Plaintiff,

– against –

PELICAN MANAGEMENT, INC.,
FORDHAM ONE COMPANY, LLC, *and*
CEDAR TWO COMPANY, LLC.,

                Defendants.

**ORDER**

18 Civ. 1564 (ER)

Ramos, D.J.:

    On March 31, 2025, the Court issued an Amended Opinion and Order providing for certain adjustments and deductions to the claim for fees and costs submitted by the Fair Housing Justice Center ("FHJC"), and directing FHJC to submit an amended fee application, incorporating the Court's findings, by April 7, 2025. Doc. 213 at 21–22.

    The Court has received and reviewed FHJC's amended fee application, submitted on April 7, 2025. Doc. 214.

    FHJC's request for a total fees and costs award of $1,500,687.88 is approved.

    It is SO ORDERED.

Dated:    April 8, 2025
           New York, New York

                                            Edgardo Ramos, U.S.D.J.