# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

> **MEMO ENDORSED**
>
> The parties are directed to file a proposed order for post-judgment interest by April 22, 2025.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: April 18, 2025
> New York, New York

**Via ECF**

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

    Re:    *FHJC v. Pelican Management, Inc., et al.*, No. 18 Civ. 1564

Dear Judge Ramos:

    We represent Plaintiff FHJC in this matter. The parties write jointly regarding the Court's September 29, 2023 judgment, *see* ECF No. 174, and April 8, 2025 order granting Plaintiff's application for attorney fees and costs, *see* ECF No. 215.

    We understand that both of these orders have been transmitted to the relevant units of the District Court for the Southern District of New York for processing. Defendants have not yet remitted any payment of the $240,540 in compensatory damages and $750,000 in punitive damages, or of $1,500,687.88 in attorney fees and costs, to Plaintiff. Defendants did post an appeal bond in an amount and form approved by this Court. *See* ECF Nos. 198, 199.

    Plaintiffs are entitled to post-judgment interest on the damages ordered by the Court on September 29, 2023. The law in this Circuit as to post-judgment interest is as follows:

- Post-judgment interest: "[28 U.S.C. §] 1961 sets postjudgment interest on federal judgments at the "weekly average 1–year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week proceeding [the date of judgment]." *Fendi Adele S.R.L. v. Burlington Coat Factory Warehouse Corp.*, 689 F. Supp. 2d 585, 615 (S.D.N.Y. 2010) (*amended on reconsideration* (Mar. 23, 2010). *See also Thomas v. iStar Fin., Inc.*, 652 F.3d 141, 150 (2d Cir. 2011) ("[J]udgments that are based on both state and federal law with respect

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

    to which no distinction is drawn shall have applicable interest calculated at the federal interest rate.").

    Please let the parties know if there are any documents we can provide to effectuate the Court's judgment and order consistent with the above-cited statute and caselaw.

    Thank you for your attention to this matter.

                 Respectfully submitted,

                   /s/
                 Diane L. Houk
                 Sonya Levitova

cc. All Counsel of Record