UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAIR HOUSING JUSTICE CENTER, INC.,

        Plaintiff,

v.

PELICAN MANAGEMENT, INC.;
FORDHAM ONE COMPANY, LLC;
CEDAR TWO COMPANY, LLC.,

        Defendants.

Case No.: 1:18-cv-01564 (ER)(OTW)

**AMENDED ORDER FOR JUDGMENT**

---

It is hereby **ORDERED, ADJUDGED, AND DECREED:** That, incorporating the findings of and for the reasons stated in the Court's Opinion & Order dated September 29, 2023, and the Court's Order dated April 8, 2025, judgment is entered in the amount of $990,540 for Plaintiff Fair Housing Justice Center plus post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961. The injunction against Defendants ordered by the Court on September 29, 2023, remains operative as described in the Order issued on that date. Defendants are further ordered to pay Plaintiff $1,500,687.88 in attorney fees and costs. The Clerk of Court is respectfully directed to enter an amended judgment.

Dated: New York, New York
      April 24, 2025

                                                Hon. Edgardo Ramos