**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.,

                Plaintiff,

-against-                                  18 **CIVIL** 1564 (ER)(OTW)

                                                         **AMENDED JUDGMENT**

PELICAN MANAGEMENT, INC.; FORDHAM
ONE COMPANY, LLC; CEDAR TWO
COMPANY, LLC.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated April 24, 2025, judgment is entered in the amount of $990,540 for Plaintiff Fair Housing Justice Center plus post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961. The injunction against Defendants ordered by the Court on September 29, 2023, remains operative as described in the Order issued on that date. Defendants are further ordered to pay Plaintiff $1,500,687.88 in attorney fees and costs.

**Dated:**  New York, New York

      May 7, 2025

                                                      **TAMMI M HELLWIG**
                                                        **Clerk of Court**

                         **BY:**          *K. Mango*

                                                        **Deputy Clerk**